IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RMJ, VENTURES, LLC** : | | |
| Plaintiff, : | | |
| : | | |
| v. : | Civil Action | |
| : | | |
| **QUAKERTOWN BOROUGH, et al.**, : | No. 25-cv-00947 | |
| Defendants. : | | |

## ORDER

**AND NOW**, this 5th day of December 2025, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 6), and Plaintiff's Response in Opposition thereto (ECF No. 11), and all supporting documents, it is hereby **ORDERED** that:

1. Defendants' 12(b)(6) Motion to Dismiss Counts I and II are **GRANTED WITHOUT PREJUDICE** with leave to file an amended complaint within twenty (20) days of this Order.

2. Defendants' 12(b)(6) Motion to Dismiss Count III is **GRANTED WITH PREJUDICE** as leave to amend would be futile.

3. Defendants' 12(b)(7) Motion to Dismiss for failure to join an indispensable party is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**

1