### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **RMJ, VENTURES, LLC** Plaintiff, | : : : : | **CIVIL ACTION** No. 25-00947 |
| v. | : : | |
| **QUAKERTOWN BOROUGH, et al.**, Defendants. | : : : : : : : | |

### ORDER

**AND NOW**, this 24th day of June 2026, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 24), and Plaintiff's Response in Opposition thereto (ECF No. 27), and all supporting documents, it is hereby **ORDERED** that, and as explained further in an accompanying memorandum:

1. Defendants' 12(b)(6) Motion to Dismiss Counts I and II are **GRANTED WITH PREJUDICE** as leave to amend would be futile.

2. The Clerk of Court is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**